COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       Guadalupe Henry Zambrano v. The State of Texas

Appellate case number:    01-16-00352-CR

Trial court case number:   1461905

Trial court:                      232nd District Court of Harris County

On January 9, 2017, appellant's court-appointed counsel filed a brief concluding that this appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967). Counsel "is required to *file* a motion to withdraw at the same time that he files an *Anders* brief." *In re Schulman*, 252 S.W.3d 403, 408 (Tex. Crim. App. 2008). And, this Court "cannot proceed in an orderly way in the *Anders* situation until and unless counsel has filed a motion to withdraw." *Id.* at 411–12. On January 26, 2017, we ordered counsel, J. Sidney Crowley, to file with the Clerk of this Court a motion to withdraw no later than February 7, 2017. On April 13, 2017, we ordered counsel to file a motion to withdraw no later than April 24, 2017. Counsel has not filed a motion to withdraw or otherwise responded.

Accordingly, appellant's appointed counsel, J. Sidney Crowley, is directed to file in this Court a motion to withdraw that complies with Texas Rules of Appellate Procedure 6.5 and 9 no later than 10 days from the date of this order. *See* TEX. R. APP. P. 6.5, 9. **If counsel does not, the Court may be required to strike counsel's *Anders* brief, abate the appeal, and remand the case for the trial court to conduct a hearing regarding counsel's failure to file a motion to withdraw**. *See, e.g.*, *Anders v. State*, No. 07-11-00149-CR, 2011 WL 3273897, at *1 (Tex. App.—Amarillo Aug. 1, 2011, order).

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd
                            ☒ Acting individually

Date: May 2, 2017